IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JACK THOMAS ROBINSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:26cv98-MHT |
| | ) | (WO) |
| ELMORE COUNTY JUDICIAL, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION

Pursuant to 28 U.S.C. § 2241, petitioner filed this habeas-corpus case.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas-corpus request be dismissed without prejudice because plaintiff has not paid the filing fee or filed a motion to proceed in forma pauperis, and the court has no current address at which to contact petitioner.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted,

and this case should be dismissed for failure to prosecute.

An appropriate judgment will be entered.

DONE, this the 2nd day of July, 2026.

     /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE