IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JACK THOMAS ROBINSON,      )
                           )
    Petitioner,            )
                           )    CIVIL ACTION NO.
    v.                     )      2:26cv98-MHT
                           )         (WO)
ELMORE COUNTY JUDICIAL,    )
                           )
    Respondent.            )

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (Doc. 5) is adopted.

(3) The petition for writ of habeas corpus (Doc. 1) is dismissed for failure to prosecute and without prejudice.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 2nd day of July, 2026.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**

2